A. Justin Lum (State Bar No. 164882)
Law Offices of A. Justin Lum
1005 E. Colorado Blvd. Ste. 209
Pasadena, CA 91106-2342
Telephone: (626) 395-9888
Fax: (626) 795-8836
Email: ajlum@patenttmlaw.com

Attorneys for Plaintiff and Counterdefendant
WANDA YING LI

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| WANDA YING LI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation, and RED STAR TRADERS, LLC, a Utah Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.  CV11-02996 JHN (JCGx)<br><br>[PROPOSED] ORDER RE: STIPULATION AND ORDER OF CONFIDENTIALITY |
| COSTCO WHOLESALE CORPORATION, a Washington corporation, and RED STAR TRADERS, LLC, a Utah Limited Liability Company,<br><br>Counterclaimants,<br><br>vs.<br><br>WANDA YING LI, an individual,<br><br>Counterdefendant. | |

1    The parties hereto having stipulated to the entry of a Stipulation and Order of
2  Confidentiality, under 29 CFR 1614 et seq and Rule 26(c) of the Federal Rules of
3  Civil Procedure and it appearing that such an Order is necessary and appropriate and
4  will facilitate discovery, IT IS HEREBY ORDERED THAT:
5    The parties in this matter are bound by their agreement to the Stipulation and
6  Order of Confidentiality, filed concurrently herewith.
7    Nothing contained in the Order, nor any action taken in compliance with it,
8  shall operate as an admission or assertion by any witness or person or entity producing
9  documents that any particular document or information is, or is not, admissible into
10  evidence.
11    Nothing herein constitutes or may be interpreted as a waiver by any party of the
12  attorney-client privilege, attorney work product protection, doctor-patient privilege or
13  any other privilege.
14    Nothing in the order shall prevent any party from using or disclosing their own
15  documents or information, regardless of whether they are designated confidential.
16
17  IT IS SO ORDERED:
18
19
20    The Clerk shall send a copy of this Order to counsel of record.
21    ENTERED THIS ////hDAY of April, 2012.
22
23
24
25
26    HONORABLE JACQUELINE H. NGUYEN
      United States Magistrate Judge
27      JAY C. GANDHI
28

**[PROPOSED ORDER RE: STIPULATION AND ORDER OF CONFIDENTIALITY**

## CERTIFICATE OF SERVICE

I am a citizen of the United States of America and I am employed in Pasadena, California. I am over the age of 18 and not a party to the within action. My business address is 1005 E. Colorado Blvd., Suite 209, Pasadena, California 91106. On the below execution date I served the within **STIPULATION AND ORDER OF CONFIDENTIALITY and [PROPOSED] ORDER RE: STIPULATION AND ORDER OF CONFIDENTIALITY** to the parties or their counsel shown below:

Tyson K. Hottinger, Esq.
WORKMAN | NYDEGGER A PROFESSIONAL CORPORATION
20 Pacifica, Suite 1130
Irvine, California 92618
Tele: 949.242.1900
Fax:  949.453.1104


X   (BY ECF NOTIFICATION) I filed this document electronically with PACER/ECF and stated parties received notification by e-mail from the ECF filing system.


I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 10,  2012  at Pasadena, California.


                                     __s/Jeffrey Vien_____
                                       Jeffrey Vien