JS-6

A. Justin Lum (State Bar No. 164882)
Law Offices of A. Justin Lum
1005 E. Colorado Blvd. Ste. 209
Pasadena, CA 91106-2342
Telephone: (626) 395-9888
Fax: (626) 795-8836
Email: ajlum@patenttmlaw.com

Attorneys for Plaintiff and Counterdefendant
WANDA YING LI

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WANDA YING LI, an individual, | CASE NO. CV11-02996 MWF (JCGx) |
| Plaintiff, | **ORDER RE: STIPULATION OF DISMISSAL** |
| v. | |
| COSTCO WHOLESALE CORPORATION, a Washington corporation, and RED STAR TRADERS, LLC, a Utah Limited Liability Company, and DOES 1 through 10, inclusive, | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

Pursuant to the Joint Stipulation of Plaintiff Wanda Ying Li ("Plaintiff") and Defendants Red Star Traders, LLC ("Red Star") and Costco Wholesale Corporation ("Costco"), being all parties to this action, the above-captioned action is hereby ordered dismissed in its entirety, including all claims and counterclaims, with prejudice, each party bearing their own costs and fees, and waiving all rights of appeal.

IT IS SO ORDERED.

Dated: December 5, 2012

_____
HON. MICHAEL W. FITZGERALD
U.S. DISTRICT COURT JUDGE